28576. HIGHTOWER *v.* THE STATE.

MacINTYRE, J. The evidence in the instant case authorized the verdict finding the defendant guilty of the offense of operating a lottery, and the judge did not err in overruling the certiorari. The case is distinguishable from *Bailey* v. *State*, 60 *Ga. App.* 556 (4 S. E. 2d, 409), where the lottery tickets were found only in a room; and the defendant being married and living with her husband, the evidence did not exclude the reasonable hypothesis that the lottery was the act of her husband; whereas in the instant case the tickets were found in her personal possession. The evidence authorized the verdict. *Morrow* v. *State*, 62 *Ga. App.* 718 (9 S. E. 2d, 699).

*Judgment affirmed.* *Broyles, C. J., and Gardner, J., concur.*
DECIDED SEPTEMBER 20, 1940.

*Russell G. Turner*, for plaintiff in error.
*Bond Almand*, solicitor, *John A. Boykin*, solicitor-general, *J. W. LeCraw*, contra.